UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEMIAN DOMINGUEZ,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>DR. BENSON, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:23-cv-00474-ART-CLB<br><br>ORDER |

　　　　On June 18, 2024, the Court issued an order screening Plaintiff Demian Dominguez's 42 U.S.C. § 1983 civil rights complaint and directing that his Eighth Amendment claim based on deliberate indifference to a serious medical need will proceed against several defendants. (ECF No. 9.) The Court also stayed this action to allow the parties an opportunity to settle their dispute. On June 26, 2024, Leo Thomas Hendges filed a limited notice of appearance on behalf of interested party the Nevada Department of Corrections. (ECF No. 11.) That order was served on Dominguez at Northern Nevada Correctional Center, his address of record. (*See id.*) The order was returned to the Court as undeliverable, with a notation that Dominguez was moved to Ely State Prison ("ESP") on June 25, 2024. (ECF No. 12.) The Court now directs the Clerk of Court to send a courtesy copy of the screening order and the notice of appearance (ECF Nos. 9 and 11) to Dominguez at ESP. Dominguez is also ordered to file a notice of change of address with the Court within 30 days of the date of this order.

It is therefore ordered that Plaintiff file a notice of change of address within 30 days of the date of this order. Plaintiff is expressly advised that if he fails to file a notice of change of address by the Court's deadline, his complaint will be dismissed without prejudice and without further prior notice.

It is further ordered that the Clerk of Court send a courtesy copy of the screening order at ECF No. 9 and the notice of appearance at ECF No. 11 to Plaintiff at ESP.

DATED THIS 9th day of July 2024.

CARLA L. BALDWIN
UNITED STATES MAGISTRATE JUDGE

2