UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEMIAN DOMINGUEZ,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>DR. BENSON, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:23-cv-00474-ART-CLB<br><br>**ORDER** |

　　　Plaintiff Demian Dominguez, who is incarcerated in the custody of the Nevada Department of Corrections, has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 10.) On June 18, 2024, the Court issued a screening order imposing a 90-day stay and assigned the parties to mediation by a court-appointed mediator. (ECF No. 9.) The Inmate Early Mediation Conference is set for September 3, 2024. (ECF No. 20.) Plaintiff requests a Spanish-speaking interpreter to participate in the mediation. (ECF No. 21.) The Court grants Plaintiff's request for an interpreter for the limited purpose of mediation only.

　　　Accordingly, **IT IS ORDERED** that Plaintiff's request for an interpreter (ECF No. 21) is granted for the limited purpose of mediation only.

　　　**DATED:** August 30, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**