UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEMIAN DOMINGUEZ,<br><br>   Plaintiff,<br><br> v.<br><br>DR. BENSON, *et al.*,<br><br>   Defendants. | Case No. 3:23-CV-00474-CLB<br><br>**ORDER GRANTING MOTION TO EXTEND DISCOVERY**<br><br>[ECF No. 48] |

  Before the Court is Plaintiff Demian Dominguez's motion to extend time for discovery deadlines. (ECF No. 48.) Plaintiff asks for additional 60-days to complete discovery, specifically to serve interrogatories, because he was recently moved to a new facility. (*Id.*) Defendants filed a non-opposition to the motion agreeing to the extension request. (ECF No. 49.) The current scheduling order, (ECF No. 35), set the discovery cut-off date for May 31, 2025. For good cause appearing, **IT IS ORDERED** that Plaintiff's motion to extend time for discovery, (ECF No. 48), is **GRANTED**.

  The scheduling order is amended as follows:

| | |
|---|---|
| Discovery Deadline | July 30, 2025 |
| Deadline to Serve Discovery | June 30, 2025 |
| Deadline to Respond to Discovery | 30 days after service but no later than July 30, 2025 |
| Deadline to Move to Extend Discovery | July 9, 2025 |
| Deadline to File Discovery Motions | August 14, 2025 |
| Dispositive Motion Deadline | August 29, 2025 |
| Joint Pretrial Order Deadline (or 30 days following the entry of the court's ruling on a dispositive motion) | September 29, 2025 |

**DATED**: May 14, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**