**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| DEMIAN DOMINGUEZ,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>DR. BENSON, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:23-CV-00474-CLB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DEADLINE TO FILE OPPOSITION**<br><br>[ECF No. 68] |

　　　Currently pending before the Court is Plaintiff Demian Dominguez's ("Dominguez") motion to extend the deadline to file his opposition to Defendants' motion for summary judgment. (ECF No. 68.) Dominguez states he needs an additional 30 days to research and write his opposition. (*Id.*) For good cause appearing, Dominguez's motion is **GRANTED**. Dominguez's opposition is due on or before **Friday, February 13, 2026**.

　　　**IT IS SO ORDERED.**

　　　**DATE:** January 5, 2026            .

_____
**UNITED STATES MAGISTRATE JUDGE**