**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

DEMIAN DOMINGUEZ,

                       Plaintiff,

  v.

DR. BENSON, *et al.*,

                   Defendants.

Case No. 3:23-CV-00474-CLB

**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DEADLINE TO FILE OPPOSITION**

[ECF No. 71]

       Currently pending before the Court is Plaintiff Demian Dominguez's ("Dominguez") motion to extend the deadline to file his opposition to Defendants' motion for summary judgment. (ECF No. 71.) The Court previously granted Dominguez a 30-day extension to February 13, 2026, because Dominguez needed additional time to research Defendants' arguments. (ECF Nos. 68, 70.) Dominguez now seeks an additional two weeks because the institution he is housed at has been on lockdown thus preventing him from accessing the law library. (ECF No. 71.) For good cause appearing, Dominguez's motion is **GRANTED**. Dominguez's opposition is now due on or before **Friday, February 27, 2026**. <u>**No further extensions will be granted absent extraordinary circumstances.**</u>

       **IT IS SO ORDERED.**

       **DATE:** <u>February 17, 2026</u>  .

 

_____
**UNITED STATES MAGISTRATE JUDGE**