**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| DEMIAN DOMINGUEZ,<br><br>                                        Plaintiff,<br><br>        v.<br><br>DR. BENSON, *et al.*,<br><br>                                        Defendants. | Case No. 3:23-CV-00474-CLB<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO DESIGNATE TRANSCRIPTS ON APPEAL**<br><br>[ECF No. 79] |

Before the Court is Plaintiff Demian Dominguez's ("Dominguez") motion to designate transcripts for use on appeal. (ECF No. 79.) Dominguez is appealing the Court's decision granting Defendants' motion for summary judgment and entering judgment in favor of Defendants, (ECF No. 75). (ECF No. 77.) The instant motion states that Dominguez does not want to miss the 14-day deadline set by the Ninth Circuit to designate transcripts for use on appeal. (ECF No. 79.) However, Dominguez states that he does not have access to the necessary form and asks that "if this doesn't work, can you efile me the correct form & instructions." (*Id.*)

First, it is unclear what transcripts Dominguez is seeking. Dominguez attached a document to his motion titled "Designation of Transcripts to be Used in Record on Appeal," however, Dominguez does not identify the dates of any hearings or the docket number for any hearings. (ECF No. 79 at 3.) Dominguez merely wrote "all transcripts" in the box for a description of the proceeding. (*Id.*) The issue on appeal concerns the grant of Defendants' summary judgment where the Court reached its decision solely on the briefs filed by the parties on the docket. (*See* ECF No. 75.) Thus, the Court cannot identify what transcripts Dominguez seeks and consequently his motion to designate transcripts for use on appeal is denied.

Furthermore, Dominguez is currently proceeding *in forma pauperis*. To the extent Dominguez is seeking the Court produce transcripts at the government's expense, that

request is also denied. "An order of this court directing production of a transcript at government expense pursuant to § 753(f) implicitly embodies a finding by the court that the appeal presents a substantial issue." *Henderson v. United States*, 734 F.2d 483, 484 (9th Cir. 1984). The Court declines to make such a finding and the motion is also denied on those grounds.

**IT IS THEREFORE ORDERED** that Dominguez's motion for designation of transcripts on appeal, (ECF No. 79), is **DENIED**.

**DATED**: April 10, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**

2